NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN EICHMANN, )
)
       Appellant, )
)
v. ) Case No. 2D17-1248
)
KRISTINA EICHMANN, )
)
       Appellee. )
                          )

Opinion filed March 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Martha J. Cook,
Judge.

Matthew E. Thatcher and Bradley J.
McDonald of The Solomon Law Group,
P.A., Tampa, for Appellant.

No appearance for Appellee Kristina
Eichmann.


PER CURIAM.


       Affirmed.


SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.